STATE OF CONNECTICUT *v.* IRVING M. BERKOWITZ

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*A. A. Washton,* in support of the petition.

*Hyman Wilensky,* in opposition.

Submitted November 20—decided November 20, 1962

MARGARET MCMAHON *v.* CIVIL SERVICE COMMISSION

It appearing that the plaintiff in the above entitled case has failed to prosecute her appeal from the Superior Court in Fairfield County with proper diligence, it is ordered that the appeal be and hereby is dismissed.

*John J. McNamara,* for the appellant (plaintiff).

Argued December 4—decided December 4, 1962

MERRITT N. BALDWIN *v.* TOWN PLAN COMMISSION OF THE TOWN OF WETHERSFIELD

It appearing that the plaintiff in the above entitled case has failed to prosecute his appeal from the Court of Common Pleas in Hartford County with proper diligence, it is ordered that the appeal be and hereby is dismissed.

*Ernest A. Inglis, Jr.,* for the appellant (plaintiff).

*Edward H. Kenyon,* for the appellee (defendant).